People v Bell (2026 NY Slip Op 00665)

People v Bell

2026 NY Slip Op 00665

Decided on February 11, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: MONTOUR, J.P., SMITH, GREENWOOD, NOWAK, AND HANNAH, JJ.

41 KA 24-00711

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
vKENTE BELL, DEFENDANT-APPELLANT. 

THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (ROBERT L. KEMP OF COUNSEL), FOR DEFENDANT-APPELLANT.
MICHAEL J. KEANE, DISTRICT ATTORNEY, BUFFALO (MICHAEL J. HILLERY OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Erie County Court (Kenneth F. Case, J.), rendered July 5, 2023. The judgment convicted defendant, upon a guilty plea, of attempted murder in the second degree (three counts) and criminal possession of a weapon in the second degree. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Memorandum: Defendant appeals from a judgment convicting him, upon his plea of guilty, of three counts of attempted murder in the second degree (Penal Law §§ 110.00, 125.25 [1]) and one count of criminal possession of a weapon in the second degree (§ 265.03 [3]). Contrary to defendant's contention, we conclude on this record that defendant's waiver of the right to appeal was knowing, voluntary, and intelligent (see People v Littlejohn, 243 AD3d 1287, 1287-1288 [4th Dept 2025]; see also People v Zukic, 240 AD3d 1192, 1193 [4th Dept 2025], lv denied 44 NY3d 995 [2025]). Defendant's valid waiver of the right to appeal forecloses our review of his challenge to the severity of the sentence (see People v Lopez, 6 NY3d 248, 256 [2006]).
Entered: February 11, 2026
Ann Dillon Flynn
Clerk of the Court